

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-10-2013

# In Re: David Lusick

Precedential or Non-Precedential: Non-Precedential

Docket No. 13-1824

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: David Lusick " (2013). 2013 Decisions. Paper 712.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/712

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1824
_____

IN RE:  DAVID GEORGE LUSICK,
Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to Civ. No. 12-cv-05150 )
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 9, 2013
Before:  AMBRO, SMITH and CHAGARES, <u>Circuit</u> <u>Judges</u>

(Opinion filed:  June 10, 2013)
_____

OPINION
_____

PER CURIAM

David Lusick has filed a petition for a writ of mandamus, seeking that we order

the United States District Court for the Eastern District of Pennsylvania to consider a

complaint he says he filed on September 1, 2012—a complaint that the District Court

said it did not receive.[1]  He also asks us to order that Court to serve and consider some of

his other filings, and reassign a different judge to his District Court proceedings.

_____

[1] Although it is not clear whether the District Court ever received Lusick's complaint in
2012, we would remind the District Court that if it denies an applicant's motion to

We will deny Lusick's petition. Since the time Lusick filed his mandamus petition, he has complied with the District Court's order to file a new complaint. The District Court has also randomly reassigned the proceedings to another judge. Thus, those requests are moot. We are confident that the District Court will also serve and/or consider Lusick's other filings, to the extent it deems appropriate. If Lusick is unhappy with any of the District Court's rulings, he can raise those issues on appeal. See Cheney v. U.S. Dist. Ct., 542 U.S. 367, 380-81 (2004) (mandamus is not a substitute for appeal).[2]

---

proceed in forma pauperis, it should retain the unfiled complaint until any appeals are complete.

[2] Lusick's remaining motions in this Court are denied.